■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON CARDEN, Appellant. [810 NYS2d 365]—Appeal by the defendant from an amended judgment of the County Court, Westchester County (Zambelli, J.), rendered September 23, 2003, revoking a sentence of probation previously imposed by the same court upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

The defendant's contention regarding the sufficiency of the allocution of his admission to a violation of probation is unpreserved for appellate review (*see People v Pellegrino*, 60 NY2d 636 [1983]; *People v Padilla*, 18 AD3d 578 [2005]; *People v Shelby*, 267 AD2d 482 [1999]; *People v Tavares*, 197 AD2d 552 [1993]). In any event, the record establishes that he knowingly, intelligently, and voluntarily admitted that he violated a condition of his probation (*see* CPL 410.70; *People v Padilla, supra*; *People v Melvin*, 274 AD2d 435 [2000]; *People v Shelby, supra*; *People v McShaw*, 204 AD2d 741 [1994]; *People v Hunter*, 194 AD2d 628 [1993]; *People v Lombardo*, 108 AD2d 873 [1985]).

As part of his original plea agreement, the defendant effectively waived appellate review of his claim that the sentence imposed in the amended judgment was excessive (*see People v*

*Pitter*, 272 AD2d 416 [2000]; *People v Strunkey*, 268 AD2d 492 [2000]; *People v Knight*, 219 AD2d 677 [1995]). Adams, J.P., Ritter, Goldstein, Skelos and Dillon, JJ., concur.